# EXHIBIT 1

# ORDER

\- - - - - - -

In the general court-martial case of Major Nidal M. Hasan, 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, U.S. Army, Headquarters and Headquarters Troop, 21st Cavalry Brigade, Fort Hood, Texas 76544, pursuant to Title 10, United States Code, Section 857(a)(3), the sentence of death adjudged on August 28, 2013, is approved and will be executed under the orders of the Secretary of the Army.

THE WHITE HOUSE,

October 2, 2026.