# EXHIBIT 2

ACTION

In the general court-martial of Major Nidal M. Hasan, 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, United States Army, pursuant to Article 57(a), Uniform Code of Military Justice, the sentence to a dismissal, as affirmed by the United States Army Court of Criminal Appeals, is approved and the dismissal is effective upon notification.

Daniel S. Zevitz
Senior Official Performing the Duties of the
Assistant Secretary of the Army
(Manpower and Reserve Affairs)

NOV 20 2026