# EXHIBIT 3

**SECRETARY OF THE ARMY**
**WASHINGTON**

- 6 OCT 2026

MEMORANDUM THRU

Provost Marshal General, 2800 Army Pentagon, Washington, DC 20310-2800

Commander, United States Army Corrections Command, 150 Army Pentagon, Washington, DC 20310-2304

FOR Commandant, United States Disciplinary Barracks, 1301 North Warehouse Road, Fort Leavenworth, KS 66027-2304

SUBJECT: Execution Order, *United States v. Major Hasan, Nidal M.*

1. On 2 October 2026, the President of the United States, in the enclosed action, approved the sentence of death adjudged in the case of United States v. Major Hasan, Nidal M., 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.

2. This execution will take place at Fort Hood, Texas, on Thursday, 3 December 2026, at 1300 Central Standard Time, by firing squad, in accordance with AR 190-55.

3. The execution officer will be the Commandant, United States Disciplinary Barracks.

Encl
as

Adam R. Telle
Acting