# EXHIBIT 5

(to be filed provisionally under seal)