AO 458 (Rev. 06/09) Appearance of Counsel

**FILED**
**U.S. District Court**
**District of Kansas**
11/24/2026
**Clerk, U.S. District Court**
**By: SND Deputy Clerk**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

NIDAL MALIK HASAN,

Plaintiff,

v.

COLONEL ANDREW SERGENT, Commandant, United States Disciplinary Barracks, Fort Leavenworth, Kansas,

Defendant.

Civil Action No. 26-3460-AWM

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as stand-by counsel for the Plaintiff, Nidal Malik Hasan.

Date: 11/24/2026

[signature]

Attorney Signature

Marisa A. O'Gara, #31105
Printed name and bar number

ACLU Foundation of Kansas
PO Box 13048, Overland Park, KS 66282
Address

mogara@aclukansas.org
E-mail address

(913) 490-4100
Telephone number

(913) 490-4119
Fax number