# UNITED STATES DISTRICT COURT

## District of Kansas

(Topeka Docket)

NIDAL MALIK HASAN,

Petitioner,

v. CASE NO. 5:26-cv-03460-AWM

ANDREW SERGENT,
Colonel, United States Army,
Commandant, United States
Disciplinary Barracks,
Ft. Leavenworth, Kansas,

Respondent.

## ENTRY OF APPEARANCE BY GOVERNMENT COUNSEL

APPEARS NOW Jared S. Maag, Assistant United States Attorney, on behalf of the Respondent in the above-entitled action. All future pleadings and filings in this matter should be addressed to the undersigned as representative of the United States and counsel for the Respondent.

Respectfully submitted,

RYAN A. KRIEGSHAUSER
United States Attorney
District of Kansas

By: /s/ Jared S. Maag
JARED S. MAAG, KS Bar No. 17222
Assistant United States Attorney
District of Kansas
290 Carlson Federal Building
444 SE Quincy Street
Topeka, KS 66683
Ph: 785.295.2850 (Office)
Fax: 785.295.2853
jared.maag@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of November 2026, I electronically filed the foregoing Entry of Appearance with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel who have entered their appearance in this matter.

By: /s/ Jared S. Maag
JARED S. MAAG, KS Bar No. 17222
Assistant United States Attorney