IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| NIDAL MALIK HASAN,<br><br>Petitioner,<br><br><br><br>COLONEL ANDREW SERGENT,<br>Commandant, United States Disciplinary<br>Barracks, Fort Leavenworth, Kansas,<br><br>Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO. 5:26-cv-03460-AWM |

**NOTICE OF SEALED FILING**

COMES NOW Petitioner Nidal Malik Hasan, through standby counsel, and hereby provides notice that Exhibits 5A and 5B to the Motion for Stay of Execution (ECF Doc. 1-5) has been filed under seal provisionally (ECF Docs. 13 and 14) and out of an abundance of caution to avoid any concern that these personal writings by Mr. Hasan violate any military communication restrictions. Mr. Hasan leaves it to the Court's discretion whether the document should remain under seal.

Respectfully Submitted,

Marisa A. O'Gara, #31105
ACLU Foundation of Kansas
P.O. Box 13048
Overland Park, KS 66282
Phone: (913) 490-4100
mogara@aclukansas.org

Anna Arceneaux, admitted *pro hac vice*
Maria Deliberato, admitted *pro hac vice*
Gitanjali Gutierrez, admitted *pro hac vice*
American Civil Liberties Union Capital Punishment Project
201 W. Main Street, Suite 402
Durham, NC 27701
Phone: (919) 682-5659

aarceneaux@aclu.org
mdeliberato@aclu.org
ggutierrez@aclu.org

*Standby Counsel for Mr. Hasan*

**CERTIFICATE OF SERVICE**

I certify that I filed the foregoing notice with the Clerk of Court using the CM/ECF system and have served the notice and the underlying sealed exhibit through digital means on the United States Attorney for the District of Kansas; as well as general counsel for the Commandant, USDB.

Dated this 24th day of November, 2026.

Marisa A. O'Gara, #31105
Standby Counsel for Mr. Hasan