**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| NIDAL MALIK HASAN,<br><br>Petitioner,<br><br>v.<br><br>COLONEL ANDREW SERGENT, Commandant, United States Disciplinary Barracks, Fort Leavenworth, Kansas,<br><br>Respondent. | Case No. 26-cv-03460-AWM<br><br>CAPITAL CASE |

## MEMORANDUM AND ORDER

On November 24, 2026, Petitioner, Nidal Malik Hasan, appearing pro se, moved to stay his execution by a military firing squad, which is set for December 3, 2026, so that he may petition this Court for a writ of habeas corpus under 28 U.S.C. § 2241. Doc 1.

The next day, the Court held a status conference on Zoom.[1] Petitioner was not present. Counsel for Respondent were present as were proposed, pro bono stand-by counsel (counsel). Through counsel, Petitioner renewed his request for a stay of execution. Respondent opposed that request. In a subsequent, ex parte session requested by counsel, Petitioner made a conditional request for appointment of additional counsel to assist him in his habeas corpus proceedings, specifically the Capital Habeas Unit (CHU) in the Fourth Circuit.

The Court is mindful of the urgency of this matter for everyone involved, but it has determined that it cannot rule on the matters before the Court without hearing from Petitioner on whether he wants to proceed and the status of counsel. A litigant seeking

---

[1] A transcript of the status conference will be made available upon request.

to proceed pro se must, among other things, “clearly and unequivocally assert his intention to represent himself.” *Madyun Abdulhaseeb v. Hargett*, 171 Fed. App’x 224, 227 (10th Cir. 2006) (citation omitted). The Court is also mindful of the Supreme Court’s admonition to exercise special care in reviewing death sentences. *See Sullivan v. Wainwright*, 464 U.S. 109, 112 (1983).

**IT IS THEREFORE ORDERED BY THE COURT** that Respondent shall respond to Petitioner’s Motion for Stay of Execution (Doc. 1) by 12:00 noon Central Time on Friday, November 27, 2026.

**IT IS FURTHER ORDERED** that Petitioner may reply by 12:00 noon Central Time on Saturday, November 28, 2026.

**IT IS FURTHER ORDERED** that the Court will hold a public hearing in this case on Monday, November 30, 2026, at 10:00 a.m. Central Time, at the Robert J. Dole United States Courthouse, 500 State Avenue, Kansas City, Kansas, in courtroom 427. The Court will also address Petitioner’s request to proceed pro se and the appointment and role of counsel.

**IT IS FURTHER ORDERED** that Respondent shall produce Petitioner in person at the hearing and arrange his secure transport from the USDB, in coordination with the United States Marshals Service as needed.

**IT IS SO ORDERED.**

Dated this 25th day of November, 2026, at Topeka, Kansas.

*s/ Anthony W. Mattivi*
Anthony W. Mattivi
United States District Judge